No. 81–5777. MEFFORD v. UNITED STATES. C. A. 8th Cir. Certiorari denied. 

No. 81–5858. GRANVIEL v. ESTELLE, DIRECTOR, TEXAS DEPARTMENT OF CORRECTIONS. C. A. 5th Cir. Certiorari denied. 

No. 81–5867. BACON v. UNITED STATES. C. A. 6th Cir. Certiorari denied. 

No. 81–5882. JACKSON v. UNITED STATES. C. A. 11th Cir. Certiorari denied. 

No. 81–6025. LEVY v. HIGH'S DAIRY STORES ET AL. Sup. Ct. Va. Certiorari denied.

No. 81–6032. FORD v. CALIFORNIA. Sup. Ct. Cal. Certiorari denied. 

No. 81–6039. MARTIN v. ESTELLE, DIRECTOR, TEXAS DEPARTMENT OF CORRECTIONS. C. A. 5th Cir. Certiorari denied.

No. 81–6042. MINCEY v. ARIZONA. Sup. Ct. Ariz. Certiorari denied. 

No. 81–6043. POE v. TENNESSEE. Ct. Crim. App. Tenn. Certiorari denied.

No. 81–6047. NOTARO v. NEW JERSEY. Sup. Ct. N. J. Certiorari denied.

No. 81–6048. MORRIS v. VIRGINIA. Sup. Ct. Va. Certiorari denied.

No. 81–6053. HATCH v. IDAHO. Sup. Ct. Idaho. Certiorari denied.

No. 81–6057. CODY v. UNION ELECTRIC CO. C. A. 8th Cir. Certiorari denied.